STATE OF TEXAS ,

v

Juan Limas

CAUSE NO. DIDCI5300798,
799, 585, 646, 645, 472, 473, 474

IN The district court

District

Travis county Texas

84,029-01
02

## Petition For writ of Mandamus and Prohibition

To the honorable Judge of said Court:

Comes Now defendant/Appelant in Aboved styled and Number cause, would move this Court to grant writ of mandamus and Prohibition, AND IN support of said motion, would show the court the Falowing;

Petrial writ of habeas Corpus Filed in the trial court, Moving the court to dismiss INDICTMENT and discharge Prosecution on Federal statutes of limitations, grounds Time-barring Prosecution for over exposure,

Federal prohibition on time periods exceeding interim limitations on persons detained,

Defendant/Appelant claims limitations is an absolute Bar to prosecution

And the states delay in prosecution has exhausted the courts Jurisdiction.

Appelant claims under the current conditions of the travis County Courthouse, Pretrial detainees are suffering denial of access to the courts,

And that granting Petition For writ of mandamus and prohibition would be appropriate.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 07 2015

Abel Acosta, Clerk

1) Federal Statute of limitations under United States Codes Title 18 U.S.C § 3162 Sanctions, "if a defendant is Not brought to trial within the time limit required by 3161C as extended by Section 3161h, the indictment Shall be dismiss on motion of defendant, No Extensions on persons detained?

2) Also 18 U.S.C § 3164, Persons detain, Federal prosecution barred by prohibition on time periods exceeding interim limitations on Persons detained "No detainee, as defined in subsection a, Shall be held in custody pending trial after the expiration of such 90 day period required for the commencement of his trial".

3) And denial of access to the courts exceeding Constitutional dimensions, within the meaning of the public Accomodations title of civil rights Act 1964, 42 U.S.C § 2000 a

4) Defendant has been denied meaningful and purposeful participation in its own Judicial process

5) This denial has desabled the defendant from enforcing Federal law in the State Court, Therefore claims, granting Petition for habeas corpus relief Should be a purely ministrial Act, And in The interes of Justice.

6) Defendant was arrested on April 7, 2015 And held in custody as a pretrial Detainee For 180 days for the sole purpose of awaiting trial.

7) Defendant has been denied access to the court for over 180 days

8) Defendant has been denied meaningful and purposeful participation in his own Judicial process where his only remaining liberty interest at are stake

9) Denial of access to the court has disable defendant From enforcing Federal Law in state court

10) Denial of access to the Court has legally impared and disabled the defendant From asserting any rights in state court

11) This discrimination against a legally impared and disabled Pretrial detainee meets the class base animus for stating a claim of discrimination against a pretrial detainee, in terms of racial equality

12) A violation of united states law Authorized under the Public Accomodations title of the Civil rights Act of 1964 § 201a, 42 U.S.C § 2000a

13) Defendant claims the states delay in prosecution has exhausted the Courts Jurisdiction, And in the court no longer has the power to restrain, therefore granting Pretrial habeas corpus relief would be appropriate

14) Upon information and belief, defendants attorney indicates on September 23 state prosecutors Announced in open court That the state is not prepared for trial

15) Appellant claims this denial to the courts and states delay in prosecution demonstrate a colorable conflict between federal and states laws

16) Appellant claims affirmitive defenses under The Authority of state law persuant to Chapter 12 Tex.Crim.Pro, Title 18 U.S.C 3161, 3162, 3164, 3174

17) Appellant claims the states delay in prosecution has exhausted the courts Jurisdiction And the court has lost Power to restrain,

Defendant is now illegaly Confined

18) With all these definite Federal and state laws invoked, that unquestionably apply to the indisputable facts herein, clearly demonstrate a legal entitlement and constitutional right for relief

19) Therefore, granting a petition for pretrial habeas relief would be appropriate and a ministerial act

20) Defendant claims for individous crimination against a pretrial detainee of travis county, and discriminatory and cynical missuse of criminal justice system in travis county courthouse are uthorized under

42. US.C § 1981, 1982, 1983, 1985, 1986

28. U.S.C § 1343, 1367, 1651

18 U.S.C § 241, 242, 245

18 U.S.C § 3161, 3162, 3164, 3174

Legal Claim

Affirmative defenses under united states codes

Title 18 U.S.C § 3174, Judicial implementation provide:
Federal statute of limitations, such time periods between
arrest and trial shall not be extended to exceed 180
days for pretrial detainees
Title 18 U.S.C § 3164, Persons detained, Provides, Federal statute
and Federal prohibition on time periods exceeding interim
limitations on persons detained, No detained shall be held in
custody beyon the expiration of such 90 day period Awaiting
The commencement of trial
Title 18 U.S.C§3162, Sanctions provides: If a defendant has
not been brought to trial within the time period required by
Section 3161C, as extended by 3161h, information or indictment
Shall be dismiss upon motion of the defendant
Defendant Claims the States delay in prosecution has
exhausted the courts Jurisdiction Title 18 U.S.C § 3161, 3162, 3174, 3164
Defendants Claim the States delay in prosecution has exceeded the
Federal statute of limitations Time barring Prosecution for over exposure
Defendant claims the indictment is defective on Its Face, Is
incurable and irriparable
The indictment shows that any prosecution is barred
by by federal statute of limitations


Also, Chapter 12 Texas rule of criminal Procedure,
Title 18 U.S.C § 3161, 3162, 3164, 3174
Providing the court with Authority to discharge prosecution
For undue delay

Prayer For relief

With all these definite state and Federal laws involved, that unquestionably apply to the indisputable Facts herein, Clearly demonstrate a legal entitlement And constitutional right to relief?

And granting a Petition For writ of Mandamus and Prohibition Appropriate?

And in the interest of Federal Justice?

Appellant respectfully pray that this court grant Petition For;
- writ of Mandamus
- writ of Prohibition

I Declare under penalty of perjury, Under the laws of the United States of America, That the foregoing is true and correct, TITLE 28 U.S.C § 1748

Signed this the 2nd day of October 2015

# CERTIFICATE OF SERVICE

I hereby certify that on this the _2_ day of _october_ , _2015_ , a true and correct copy of the above and foregoing _writ of mandamus and prohibition_ was forwarded to the office of the ~~Bexar~~ County ~~District Attorney, Criminal Justice Center, 300 Dolorosa, San Antonio,~~ Texas ~~78205.~~ TRAVIS Court of P.O. BOX ~~1748~~ , AUSTIN ~~78767~~ Criminal appeals 12308, 78711

_(signature)_
Defendant

# O R D E R

On this the _____ day of _____, _____, came on to be heard Defendant's _____, and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed on this the _____ day of _____, _____.

_____
**JUDGE PRESIDING**

6